■ MAGDALEN GILMORE, Appellant, v ALLSTATE INSURANCE COMPANY, Respondent. — Order of the Supreme Court, Suffolk County, entered January 15, 1980, affirmed, with $50 costs and disbursements. (See *Hubbell v Trans World Life Ins. Co. of N.Y.,* 50 NY2d 899; *Granato v Allstate Ins. Co.,* 70 AD2d 948.) Hopkins, J.P., Titone, Rabin and Margett, JJ., concur.